■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD LUKE, Appellant. [679 NYS2d 292] —Judgment, Supreme Court, New York County (William Wetzel, J., at suppression hearing; Franklin Weissberg, J., at plea and sentence), rendered March 26, 1996, convicting defendant of criminal possession of stolen property in the fourth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). Concur—Nardelli, J. P., Wallach, Tom and Andrias, JJ.